# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

IN RE:                          )
                                )        Chapter 11
RONALD E. STAYER,               )        Case No. 21-10748
    Debtor.                    )

## APPLICATION TO EMPLOY ATTORNEYS

The Application of Ronald E. Stayer, Debtor herein, respectfully represents:

1. That your Applicant has filed a voluntary petition herein under chapter 11 of the Bankruptcy Code.

2. Your Applicant has continued in possession of his property and is operating his business and managing his property as Debtor-in-Possession.

3. Your Applicant, as such Debtor-in-Possession, wishes to employ Daniel J. Skekloff, Scot T. Skekloff, and the law firm of Haller & Colvin, PC, who are attorneys duly admitted to practice in this Court.

4. Your Applicant has selected such attorneys for the reason that they have considerable experience in these proceedings and are qualified to represent the Debtor-in-Possession, and their services are necessary for the effective operation and rehabilitation of the Debtor herein.

5. That the said Daniel J. Skekloff, Scot T. Skekloff, and the law firm of Haller & Colvin, PC have no connection with the creditors or any other party in interest and no interest adverse to the Debtor as Debtor-in-Possession or the estate, and their employment would be in the best interest of the estate.

**WHEREFORE**, your Applicant prays that he be authorized and empowered to employ Daniel J. Skekloff, Scot T. Skekloff, and the law firm of Haller & Colvin, PC under a general retainer to represent the Debtor-in-Possession in these proceedings under Chapter 11 of the Bankruptcy Code, and that they have such other and further relief as is just.

                                                      _/s/ Ronald E. Stayer_
                                                      Ronald E. Stayer

## CERTIFICATE OF SERVICE

On June 17, 2021, the undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF system to the following:

Nancy J. Gargula
Ellen L. Triebold

And, on same date, a copy was sent by United States Postal Service 1st Class Mail, postage prepaid to those listed on attached sheets.

*/s/ Daniel J. Skekloff*
Daniel J. Skekloff (#146-02)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 21-10748-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Thu Jun 17 11:35:45 EDT 2021 | 1st Source Bank<br>c/o Jeffrey A. Johnson<br>May Oberfell Lorber<br>4100 Edison Lake Parkway, Ste. 100<br>Mishawaka, IN 46545-3467 | Andrew Kruse<br>Kruse & Kruse, PC<br>143 E 9th St<br>Auburn, IN 46706-2340 |
| Auburn Concrete Products, Inc.<br>c/o W. Erik Weber<br>130 E 7th St<br>Auburn, IN 46706-1839 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Community State Bank<br>802 E Albion St<br>Avilla, IN 46710-9691 | Dekalb County Treasurer<br>Courthouse<br>Auburn IN 46706 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
| (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Linda K Stayer<br>4010 County Road 28<br>Waterloo, IN 46793-9521 | Secretary of Treasury<br>15th & Pennsylvania Avenue<br>Washington DC 20220-0001 | Securities & Exchange Commission<br>Bankruptcy Section<br>175 W. Jackson Blvd., Suite 900<br>Chicago IL 60604-2815 |
| Daniel J. Skekloff<br>Haller & Colvin, PC<br>444 E. Main Street<br>Fort Wayne, IN 46802-1916 | Ronald Eugene Stayer<br>4010 County Road 28<br>Auburn, IN 46706 | Tara Boessler<br>53750 Blue Lake Drive<br>Elkhart, IN 46514-9439 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Todd J. Stayer<br>c/o W. Erik Weber<br>130 E 7th St.<br>Auburn, IN 46706-1839 | Ellen L. Triebold<br>Office of the United States Trustee<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
| U.S. Attorney Office<br>3128 Federal Building<br>1300 South Harrison Street<br>Fort Wayne IN 46802-3495 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Capital One Bank USA NA<br>Po Box 85520<br>Richmond, VA 23285 | Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN 46204 |

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21